## DECLARATION OF KEVIN P. FUCICH

STATE OF LOUISIANA

PARISH OF ORLEANS

Pursuant to 28 U.S.C. § 1746, the undersigned, Kevin Fucich, declares under penalty of perjury that the following statements, facts and/or other matters set forth herein are true and correct:

1. I am the president of Kevin P. Fucich, LLC.

2. Kevin P. Fucich, LLC does business under the trade name "Falcon Security Company ("Falcon").

3. On or about October, 2016, Falcon entered into a contract with A-1 Sentry, LLC ("A-1"), wherein A-1 was responsible for hiring individuals as security guards to perform work at various Home Depot sites in Florida as Hurricane Matthew approached the eastern coast of Florida.

4. Pursuant to Falcon's agreement with A-1 sentry, Falcon's sole responsibility was to pay A-1 for the work A-1's employees performed at the aforementioned Home Depot sites.

5. At all material times identified in the Complaint filed in this action, Plaintiff was employed by A-1.

6. Falcon never employed Plaintiff, or any alleged similarly situated individuals as identified in the Complaint, in October of 2016 or at any other time.

7. On or about October 21, 2016, Falcon made a lump sum payment in the amount of $23,239.88 to A-1, which represented all outstanding wages A-1 owed to its employees. However, upon information and belief A-1 has refused to provide any of these funds to its employees, including the Plaintiff.

8. As a result of the aforementioned failure to disburse this lump sum to its

1



employees (and for various other reasons), Falcon has filed an action in the Nineteenth Judicial Circuit in and for Martin County, Florida, Case No. 2016 CA 001298, captioned *Kevin B. Fucich LLC d/b/a/ Falcon Security v. A-1 Sentry, LLC, Delbert E. Hyland and David Finkelstein* (the "Florida State Court Case").

Executed on September 25, 2017

_____
KEVIN P. FUCICH